Alejandro RODRIGUEZ, for himself and on behalf of a class of similarly-situated individuals; Abdirizak Aden Farah, for himself and on behalf of a class of similarly-situated individuals; Jose Farias Cornejo; Yussuf Abdikadir; Abel Perez Ruelas, Petitioners–Appellees,

and

Efren Orozco, ·Petitioner,

v.

Timothy ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; Jeh Johnson, Secretary, Homeland Security; Loretta E. Lynch, Attorney General; Wesley Lee, Assistant Field Office Director, Immigration and Customs Enforcement; Rodney Penner, Captain, Mira Loma Detention Center; Sandra Hutchens, Sheriff of Orange County; Nguyen, Officer, Officer–in–Charge, Theo Lacy Facility; Davis Nighswonger, Captain, Commander, Theo Lacy Facility; Mike Kreuger, Captain, Operations Manager, James A. Musick Facility; Arthur Edwards, Officer–in–Charge, Santa Ana City Jail; Russell Davis, Jail Administrator, Santa Ana City Jail; Juan P. Osuna, Director, Executive Office for Immigration Review, Respondents–Appellants.

Alejandro Rodriguez, for himself and on behalf of a class of similarly-situated individuals; Abdirizak Aden Farah, for himself and on behalf of a class of similarly-situated individuals; Jose Farias Cornejo; Yussuf Abdikadir; Abel Perez Ruelas, Petitioners–Appellants,

and

Efren Orozco, Petitioner,

v.

Timothy Robbins, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; Loretta E. Lynch, Attorney General; Wesley Lee, Assistant Field Office Director, Immigration and Customs Enforcement; Rodney Penner, Captain, Mira Loma Detention Center; Sandra Hutchens, Sheriff of Orange County; Nguyen, Officer, Officer–in–Charge, Theo Lacy Facility; Davis Nighswonger, Captain, Commander, Theo Lacy Facility; Mike Kreuger, Captain, Operations Manager, James A. Musick Facility; Russell Davis, Jail Administrator, Santa Ana City Jail; Arthur Edwards, Officer–in–Charge, Santa Ana City Jail; Thomas G. Snow, Acting Director, Executive Office for Immigration Review; Jeh Johnson, Secretary, Homeland Security, Respondents–Appellees.

Nos. 13–56706, 13–56755.

United States Court of Appeals, Ninth Circuit.

Aug.· 13, 2015.

Ahilan Thevanesan Arulanantham, Michael Kaufman, Peter Jay Eliasberg, ACLU Foundation of Southern California, Sean Ashley Commons, Esquire, Sidley Austin LLP, Steven Andrew Ellis, Goodwin Procter LLP, Los Angeles, CA, Judy

Rabinovitz, Michael K.T. Tan, ACLU–American Civil Liberties Union Foundation, New York, N.Y., Jayashri Srikantiah, Mills Legal Clinic, Stanford, CA, Cecillia D. Wang, American Civil Liberties Union Foundation, San Francisco, CA, for Petitioners–Appellees.

Theodore William Atkinson, Esquire, Trial, Gjon Juncaj, Senior Litigation Counsel, David J. Kline, Esquire, Director, Nicole Prairie, Trial, Erez Reuveni, Sarah Stevens Wilson, Hans Harris Chen, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Robert I. Lester, Assistant U.S., USLA–Office of the U.S. Attorney, Los Angeles, CA, for Respondents–Appellants.

Before: WARDLAW and GOULD, Circuit Judges and HADDON,* District Judge.

### ORDER

Counsel for Appellants/Cross–Appellees is ordered to show cause why sanctions should not be imposed for the improper oral argument before this Court on July 24, 2015, based on an L.A. Times news article, published July 21, 2015, three days before oral argument in this case, entitled "Suspect was fighting deportation," the source for which is identified as "federal authorities" and which directly references and quotes from earlier proceedings in this case. Fed. R.App. P. 46(c); Circuit Rule 46–2(a); ABA Model Rules of Professional Conduct 3.5.

Counsel shall also provide the Court and opposing counsel with copies of the transcripts of the bond hearings for Mr. Keane Dean, including both the preliminary and the *Rodriguez* hearings, as well as any other bond hearings that may have taken place in Mr. Dean's immigration proceedings, to which counsel also improperly referred during the July 24, 2015 oral argument.

Counsel shall have 28 days from the date of this order to respond by letter brief and to provide the transcripts.

**IT IS SO ORDERED.**